**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christopher J. Reardon<br>　　　　Debtor<br><br>Platinum Home Mortgage Corporation , or its Successor or Assignee<br>　　　　Movant<br>　　vs.<br><br>William C. Miller, Trustee<br>Christopher J. Reardon<br>　　　　Respondents | Chapter 13<br>Bankruptcy No. 18-15978- ELF |

## CERTIFICATION OF SERVICE OF OBJECTION TO PLAN

I, Alexandra T. Garcia, attorney for Platinum Home Mortgage Corporation , hereby certify that I served a true and correct copy of the foregoing Objection to Plan, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 6, 2018

| | | |
|---|---|---|
| Christopher J. Reardon<br>936 Wheatsheaf Lane<br>Feasterville Trevose, PA 19053 | Brad J. Sadek, Esquire<br>Sadek & Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>brad@sadeklaw.com<br>Attorney for Debtor<br><br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | William C. Miller<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>Trustee |

　　　　　　　/s/ Alexandra T. Garcia
　　　　　　ANN E. SWARTZ, ESQUIRE, ID # 201926
　　　　　　ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
　　　　　　RAYMOND M. KEMPINSKI, ESQUIRE, ID # 93839
　　　　　　Attorney for Platinum Home Mortgage Corporation
　　　　　　123 South Broad Street, Suite 1400
　　　　　　Philadelphia, PA 19109
　　　　　　Telephone: (215) 790-1010
　　　　　　Facsimile: (215) 790-1274
　　　　　　Email: ecfmail@mwc-law.com