## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher J. Reardon | Chapter 13 |
| Debtor(s) | Bankruptcy No. 18-15978- ELF |
| | |
| Platinum Home Mortgage Corporation , or its Successor or Assignee | |
| Movant | |
| vs. | |
| | |
| William C. Miller, Trustee Christopher J. Reardon | |
| Respondent(s) | |

## PRAECIPE TO WITHDRAW PLATINUM HOME MORTGAGE CORPORATION 'S OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Platinum Home Mortgage Corporation's Objection to Confirmation of Plan, docket number 14, without prejudice.

/s/ Francis T. Tarlecki, Esquire
ANN E. SWARTZ, ESQUIRE, ID # 201926
ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
FRANCIS T. TARLECKI, ESQUIRE, ID # 314097
Attorney for Platinum Home Mortgage Corporation
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com